# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
|  | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:21-M -00847(1) |
|  | § |
| (1) Juan Luis Monge-Chachagua | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 08, 2021** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title     **8**     United States Code, Section(s)   **1324(a)(1)(A)(v)(I)**
.

I further state that I am a(n) **BPA** and that this complaint is based on the following facts: *"On May 08, 2021, Juan MONGE-Chachagua, a United States citizen, was arrested in Kinney County within the Western District of Texas for conspiring to transport two illegal aliens further into the United States. Brackettville, Texas Border Patrol Agents were performing roving patrol operations on Ranch Roach 334. Agents initiated a traffic stop on a white Nissan Rogue in order to perform an immigration inspection. MONGE*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Arispe, Adrian M
BPA

05/11/2021                                    at   DEL RIO, Texas
File Date                                           City and State

COLLIS WHITE                                    _____
UNITED STATES MAGISTRATE JUDGE                  Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:21-M -00847(1)

(1) Juan Luis Monge-Chachagua

**Continuation of Statement of Facts:**

was the driver of the vehicle. Three subjects were attempting hide in the back of the vehicle. One subject fled on foot. The two remaining subjects in the vehicle were citizens of Honduras and Mexico, who admitted to being in the US illegally. A firearm belonging to MONGE was found on the door. In a sworn statement, Monge admitted to going to Del Rio for the purpose of picking up at least one subject that he knew was illegally present in the United States."

_____  
Signature of Judicial Officer

_____  
Signature of Complainant