# United States District Courts

## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America | **WARRANT FOR ARREST** |
| v. | |
| (1) Juan Luis Monge-Chachagua | Case Number:<br>DR:21-M -00847(1) |

**To: The United States Marshal**
  **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest      (1) Juan Luis Monge-Chachagua
                                                                               Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description)

*On May 08, 2021, Juan MONGE-Chachagua, a United States citizen, was arrested in Kinney County within the Western District of Texas for conspiring to transport two illegal aliens further into the United States. Brackettville, Texas Border Patrol Agents were performing roving patrol operations on Ranch Roach 334. Agents initiated a traffic stop on a white Nissan Rogue in order to perform an immigration inspection. MONGE was the driver of the vehicle. Three subjects were attempting hide in the back of the vehicle. One subject fled on foot. The two remaining subjects in the vehicle were citizens of Honduras and Mexico, who admitted to being in the US illegally. A firearm belonging to MONGE was found on the door. In a sworn statement, Monge admitted to going to Del Rio for the purpose of picking up at least one subject that he knew was illegally present in the United States.*

in violation of Title    **8**    United States Code, Section(s)    **1324(a)(1)(A)(v)(I)**

| | |
|---|---|
| COLLIS WHITE | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | May, 11, 2021 DEL RIO, Texas |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $ _____ by _____
                                                  Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas. | | |
| Date Received<br>May 11, 2021 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest<br>May 08, 2021 | Arispe, Adrian M<br>Border Patrol Agent | *[signature]* |