UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| United States of America | § § |
| vs. | §  Case Number:  DR:21-M -00847(1) § |
| (1) Juan Luis Monge-Chachagua | § § |

### ORDER RESETTING PRELIMINARY EXAMINATION / DETENTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for 9:00 AM, in Courtroom 4, on the Third Floor of the United States Courthouse, 111 E. Broadway, Del Rio, TX, on May 26, 2021.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 18th day of May, 2021.

_____
VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE